IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| United States Equal Employment Opportunity Commission,<br>　　　Plaintiff,<br><br>v.<br><br>Farmland Foods, Inc.,<br>　　　Defendant. | Case No. 14-4095 |

## Order

Pursuant to the Motion for Order to show cause, ECF No. 1, having been granted in part pursuant to the Court's Order, ECF No. 6, of December 8, 2014, the Clerk is directed to now close this case.

　　Entered: February 20, 2015

　　　　　　　　　　　　s/ Sara Darrow
　　　　　　　　　　United States District Judge